# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In the matter of:** | **Case No.:** 07-30482-dof |
| Gloria J. Olsen | **Chapter 13 Proceedings** |
| | **Judge Daniel Opperman** |
| **Debtor(s).** | |
| _____/ | |

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| **Creditor or Debtor Name** | **Court Clm.#** | **Trustee Clm.#** | **Class of Claim** | **Check#** | **Amt. of Check** |
|---|---|---|---|---|---|
| Gloria J. Olsen | Debtor Refund | | | 747511 | $600 |

Dated: October 12, 2011

                                                                                                                              /s/Carl L. Bekofske
                                                    Carl L. Bekofske,
                                                    Standing Chapter 13 Trustee
                                                    400 N. Saginaw St., Ste 331
                                                    Flint, MI 48502
                                                    Telephone: (810) 238-4675
                                                    Fax: (810) 238-4712
                                                    Email: ECF@flint13.com
                                                    P10645